UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAMSPORT

| | |
|---|---|
| DEBRA A. KELLEY,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>RELIANCE STANDARD LIFE<br>INSURANCE COMPANY,<br>　　　　　Defendant. | :<br>:<br>:<br>:<br>: CIVIL ACTION<br>:<br>: NO.:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF REMOVAL

Reliance Standard Life Insurance Company timely files this Notice of Removal pursuant to 28 U.S.C. §1446(b), 28 U.S.C. §1331, 29 U.S.C. §1132(e), 28 U.S.C. §1441(a), 28 U.S.C. §1441(c), and removing the above-captioned action from the Court of Common Pleas of Clinton County, Pennsylvania to the United States District Court for the Middle District of Pennsylvania and in support of this Notice, Reliance Standard avers as follows:

### BACKGROUND

1. Plaintiff commenced the above captioned action in the Court of Common Pleas of Clinton County, Pennsylvania styled as *Debra A. Kelley v. Reliance Standard Life Insurance Company* and identified by case number 2025-00873. A true and correct copy of the Complaint, together with all exhibits is attached hereto as **Exhibit A**.

### FEDERAL QUESTION JURISDICTION

2. This lawsuit involves a claim for long term disability benefits. See Exhibit A.

3. According to the Complaint, "Plaintiff was an employee of Dollar General Corporation and the said Dollar General Corporation had a Group Policy No. LTD 119982 issued at

    them to cover Long Term Disability for their employees by the Defendant". Complaint, Exhibit A, ¶3.

4. The policy funds benefits under Dollar General's employee welfare benefit plan.

5. The policy and claims made under it are subject to and governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001, *et seq*.

6. A cause of action filed in state court seeking recover of benefits under an employee welfare benefit plan is removable to federal court pursuant to 28 U.S.C. §1441(c), as an action arising under federal law. *See Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987); *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41 (1987).

7. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1331, 29 U.S.C. 1132(e), and 28 U.S.C. §1441(c).

8. Plaintiff's claims are, in fact, claims of right arising under the laws of the United States, and this action may be removed to this Court pursuant to the provisions of 28 U.S.C. §1446(b). *See Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58, 66 (1987).

9. Complete preemption operates to confer original federal subject matter jurisdiction notwithstanding the absence of a federal cause of action on the face of the complaint. *See In Re U.S. Healthcare, Inc.*, 193 F.3d 151, 160 (3d Cir. 1999).

## SATISFACTION OF GENERAL REMOVAL REQUIREMENTS

10. The docket does not show service of the Complaint on Defendant. A true and correct copy of the Docket of the Court of Common Pleas of Clinton County, Pennsylvania is attached hereto as **Exhibit B**.

11. This Notice of Removal is being filed within thirty (30) days of the date the Complaint was received by Defendant, therefore, the requirements of 28 U.S.C. §1446(a-b) are satisfied.

12. No pleadings, process or orders, other than the Complaint have been provided to Reliance Standard, and therefore, no other pleadings, process or orders are attached to this Notice as required by 28 U.S.C. §1446(a).

13. All fees required by law in connection with this Notice have been paid by Reliance Standard.

14. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being filed with the Court of Common Pleas of Clinton County and served upon counsel for Plaintiff pursuant to 28 U.S.C. §1446(d).

15. Reliance Standard has complied with all requirements for removal under Title 28, United States Code.

16. WHEREFORE, Reliance Standard Life Insurance Company removes the above captioned matter now pending in the Court of Common Pleas of Clinton County, Pennsylvania to the United States District Court for the Middle District of Pennsylvania.

                                                Respectfully submitted,

                                                WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

BY: *s/Heather J. Austin*
Heather J. Austin, Esquire
Joshua Bachrach, Esquire
Two Commerce Square
2001 Market Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 627-6900
Facsimile: (215) 627-2665
Heather.Austin@WilsonElser.com

Date: October 7, 2025                    Joshua.Bachrach@WilsonElser.com

                                                *Attorneys for defendant, Reliance Standard Life Insurance Company*

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a true and correct copy of the foregoing document was served on all counsel of record via the Court's ECF system when uploaded for filing, or alternatively, on the following individuals in the manner identified below.

Charles R. Rosamilia, Jr., Esquire
The Rosamilia Law Firm
241 West Main Street
Lock Haven, PA 17745

Date:  October 7, 2025

BY:  *s/Heather J. Austin*
Heather J. Austin, Esquire